In the Matter of the Application of EDWARD P. H. BENNETT, as Administrator, etc., of MARGARET BENNETT, Deceased, for an Order for Discovery of Withheld

Property.— Motion to dismiss appeal granted, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.